

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **RAYMOND GOURDON** | **CIVIL DOCKET NO. 07-0953** |
| -vs- | **JUDGE DRELL** |
| **WEYERHAEUSER CO.** | **MAGISTRATE JUDGE KIRK** |

### MINUTE ENTRY

The pretrial conference in this case, which is presently scheduled for September 16, 2010, at 11:00 A.M., is UPSET and RESCHEDULED for **December 16, 2010**, at **1:30** P.M.

SIGNED on this 24th day of August, 2010, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE