UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **RAYMOND GOURDON** | **CIVIL ACTION NO. 1:07-00953** |
| -vs- | **JUDGE DRELL** |
| **WEYERHAEUSER CO.** | **MAGISTRATE JUDGE KIRK** |

### MINUTES OF PRETRIAL CONFERENCE

**DATE:** December 16, 2010

**TIME:** 1:30 P.M. - 2:15 P.M.

**APPEARANCES:** Louis Wellan and Daniel Claitor for Plaintiff; Michael Parker for Defendant; George Snellings for Intervenors.

**PROCEEDINGS:** A pretrial conference was held this date with the above individuals present. This **jury** trial is allotted **4** **days**.

The trial is set in the first position on the docket for **October 18, 2011**. Each day of trial will commence at **9:30 A.M.** in Alexandria, Louisiana. **Counsel should be present at 8:30 A.M. on the first day of trial.**

Except as outlined below, the joint Pretrial Stipulations filed pursuant to the Standing Pretrial Order are accepted by the Court and are made part of the record. The provisions of the joint Pretrial Stipulations, subject to Court-approved changes, are to govern at trial.

*EXCEPTIONS:* None

*NOTES:* (1) The Clerk of Court is instructed to remove Charles Elliott from the list of counsel for Defendant, as the necessity of his representation is terminated. (2) The intervention will be tried to the Judge. (3) Joint proposed jury instructions and

verdict form must be filed no later than **fourteen (14) days prior to trial.** (4) All motions challenging the qualifications or testimony of experts pursuant to Fed. R. Evid. 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 113 S. Ct. 2786, 125 L. Ed. 2d 469 (1993) must be filed no later than **thirty (30) days prior to trial.** All other motions in limine must be filed no later than **fourteen (14) days prior to trial**. (5) Any counsel of record unfamiliar with using the electronic devices in the courtroom should contact the Court and schedule an appointment for training well in advance of the trial date. (6) As discussed at the Pretrial Conference, counsel shall have a "marking" conference at which all exhibits intended to be introduced at trial are numbered and marked for identification as either joint exhibits or exhibits allocated to a particular party. As to non-joint exhibits, any objections must be in writing and must cite to specific authorities supporting the objections. Regarding voluminous documents, counsel shall either agree upon and exclude extraneous pages, or counsel shall isolate and mark as a sub-exhibit the pages in the documents to which the Court's attention is to be drawn. **At least seven (7) calendar days prior to trial**, the parties shall provide to Judge Drell's chambers a benchbook containing copies of all marked exhibits and all objections. (7) Counsel are referred to Civil Case Management Order No. 2 (Document No. 18) for other pertinent deadlines and information.