UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

**RAYMOND GOURDON**  \*CIVIL NO. 1:07-0953

**VERSUS**  \*JUDGE DRELL

**WEYERHAEUSER COMPANY, ET AL.**  \*MAGISTRATE JUDGE KIRK

## SETTLEMENT CONFERENCE MINUTES

A settlement conference was held in the above captioned case on September 16, 2011 in chambers of United States Magistrate Judge C. Michael Hill.[1]  During the conference the parties were able to reach a settlement, the terms of which were placed on the record in open court (3:43 p.m. - 3:48 p.m.).

Signed at Lafayette, Louisiana on September 16, 2011.

C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE

---

[1] Statistical time: 2 hours, 50 minutes.